UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:13-MJ-1810-1RJ

|  |  |
|---|---|
| **United States Of America**<br><br>vs.<br><br>**Trivas M. Peterkin** | ORDER MODIFYING AND<br>CONTINUING SUPERVISION |

On December 10, 2014, Trivas M. Peterkin appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon a plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced to 12 months of probation.

On November 12, 2015, the defendant appeared for a revocation hearing in Raleigh, North Carolina, at which time the motion for revocation was withdrawn by the government. It now appears that the ends of justice would best be served by continuing supervision with the following modification:

1. The term of probation be extended for 6 months to the new expiration date of June 10, 2016.

This the 12th day of November, 2015.

_____
James E. Gates
U.S. Magistrate Judge